In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-284 CR


NO. 09-05-285 CR


____________________



KEVIN BERRY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 85428 and 92270






MEMORANDUM OPINION


 Kevin Berry was convicted of the offense of unauthorized use of a vehicle in Cause
No. 85428 and was convicted of possession of a controlled substance in Cause No. 92270.
Berry filed notices of appeal on June 24, 2005. In each case, the trial court entered a
certification of the defendant's right to appeal in which the court certified that this is a
plea-bargain case, and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certifications have been provided to the Court of Appeals by
the district clerk.

 On July 1, 2005, we notified the parties that the appeals would be dismissed unless 
amended certifications were filed within thirty days of the date of the notices and made a
part of the appellate records. See Tex. R. App. P. 37.1. The parties have not identified
any issues unrelated to the appellant's convictions and the records have not been
supplemented with amended certifications. Because a certification that shows the
defendant has the right of appeal has not been made part of the record, the appeals must
be dismissed. See Tex. R. App. P. 25.2(d).

 Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED.

 ___________________________

 CHARLES KREGER

 Justice


Opinion Delivered August 10, 2005

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.